**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN SHANE GREER, | No. 2:20-CV-2507-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KCSD ADMINISTRATION, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The alleged civil rights violations took place in Kern County, which is within the boundaries of the Fresno division of the United States District Court for the Eastern District of California. See Local Rule 120(b). This action was erroneously filed in the Sacramento Division of the Eastern District of California. Pursuant to Local Rule 120(d), a civil action which has not been commenced in the proper division of the Court may, on the Court's own motion, be transferred to the proper division.

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the Fresno Division of United States District Court for the Eastern District of California.

Dated: January 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

Case 2:20-cv-02507-DMC   Document 4   Filed 01/27/21   Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2